# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1459
Lower Tribunal No. 19-16494
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Roberto Figueroa,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Russo Appellate Firm, P.A., Elizabeth K. Russo, and Paulo R. Lima, for appellant.

Valiente Carollo & McElligott, PLLC, and Matthew McElligott, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.